ACCEPTED
03-15-00249-CV
5268909
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:16:15 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00249-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:16:15 PM
JEFFREY D. KYLE
Clerk

### Michael Franzak, Appellant

### v.

### Cielo Multi Family LLC d/b/a Cielo Apartments, Appellee

### CIELO'S RESPONSE TO FRANZAK'S MOTION TO EXPEDITE [MOTION TO STAY]

Cielo Multi Family LLC d/b/a Cielo Apartments (Cielo), Appellee, responds to the *Motion to Expedite* filed by Michael Franzak (Franzak), Appellant, **to point out false statements made by Appellant in his Motion.**

1. On May 8, 2015, Franzak filed a handwritten *Motion to Expedite*.

2. On the second page of the two page motion, Franzak made a representation and certification to the Court to the effect that he had spoken with counsel for Cielo about the *Motion to Expedite*. This is a false statement. Franzak never spoke with counsel for Cielo concerning such motion.

3. Franzak also falsely represented to the Court that counsel for CIELO did not oppose Franzak's *Motion to Expedite*. This is also a false statement. No such representation was ever made by counsel for Cielo to Franzak.

4. The *Motion to Expedite* has been dismissed as moot by this Court. Counsel for Cielo, however, felt it was necessary to **bring to the Court's attention the fact that Franzak was making material misrepresentations to it, as summarized above.**

[Signature Block on Following Page]

Respectfully submitted,

**WARREN LAW FIRM**
1011 Westlake Drive
Austin, Texas   78746
Telephone (512) 347-8777
Telecopier (512) 347-7999
wsw@wlftexas.com


By: _____
WILLIAM S. WARREN
Texas Bar No. 20890800
*Attorney for Appellee*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the parties listed below:

*Via First Class Mail*
Michael Franzak
3501 Ranch Road 620 South, Apt #19104
Austin, Texas 78738


SERVED on the 13th day of May, 2015.

_____
WILLIAM S. WARREN